# COMPLAINT

(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JAN 20 P 4: 26

CLERK OF COURT

(Full name of plaintiff(s))

Sequoya Maryiah Aalayah Richard

v.

Case Number: 26-C 0098

(to be supplied by Clerk of Court)

(Full name of defendant(s))

MILWAUKEE COUNTY;
DEPUTY AMAYA, Badge No. 913, in his individual capacity; and official capacity
DEPUTY M. Cuna-Ruia, Badge No. 149, in his individual capacity and official capacity

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)

   2525 W. Roosevelt Dr. Milwaukee, WI. 53209
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Milwaukee County
   (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at n/a
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for n/a
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Who Violated My Rights

The individuals who violated my rights were Milwaukee County Sheriff's Deputies, including Deputy Amaya (Badge No. 913) and Deputy M. Cuna- Ruia (Badge No. 149), acting under color of state law in their individual capacities. Additional Deputies (2) were also present after the initial violation, one of which who isn't listed in the incident report;and failed to intervene.
These deputies were acting as employees and agents of Milwaukee County, which is also responsible for the constitutional violations described herein.

2. What Each Defendant Did

Deputy Amaya(Badge No. 913) initiated an unlawful detention without reasonable suspicion or probable cause, demanded my identification without legal justification, and escalated the encounter by threatening criminal charges despite my calm and non-disruptive conduct.

Deputy M. Cuna- Ruia(Badge No. 149) used excessive force after I was already fully handcuffed by forcefully twisting my wrist into a painful and unnatural position, despite my compliance and repeated verbal objections. This use of force was unnecessary, intentional, and caused physical pain and injury.

Milwaukee County is responsible because these actions occurred as part of its law-enforcement operations, and because the deputies acted pursuant to County practices, customs, and/or a failure to properly train and supervise deputies regarding lawful detentions, use of force, and interactions with civilians in courthouse settings.

3. When the Violations Occurred

These violations occurred on August 29, 2025, between approximately 2:10 p.m. and 3:30 p.m.

4. Where the Violations Happened

The incident occurred inside the Probate Office of the Milwaukee County Courthouse, located in Milwaukee County, Wisconsin, and continued in and around the immediate courthouse area as I was escorted while restrained.

5. Why the Violations Occurred

The deputies acted based solely on unverified statements from courthouse staff that I was allegedly "causing a disturbance," despite the absence of any disruptive behavior. The deputies failed to assess the situation independently, failed to use situational awareness, and escalated the encounter without lawful justification.

I was calm, cooperative, and simply conducting trustee business and waiting for certified documents. I did not raise my voice, use profanity, threaten anyone, or interfere with court operations. Nevertheless, I was treated as a criminal, detained, threatened with charges, and subjected to excessive force.

Based on the circumstances — including the rapid escalation, mischaracterization of my conduct, and disproportionate response — I reasonably believe that implicit racial bias contributed to the deputies' decision to detain and use force against.

SUMMARY OF CLAIM

As a result of the defendants' actions, I was unlawfully seized and subjected to excessive force in violation of the Fourth Amendment. I was also denied equal protection of the laws under the Fourteenth Amendment, as I was treated as a criminal and subjected to detention and force without lawful justification under circumstances that reasonably give rise to an inference of racial discrimination. These actions caused me physical pain, emotional distress, humiliation, and lasting trauma.

AT all times mentioned herein, the defendants were acting under color of law and within the scope of their employment. Each defendent is sued in their individual capacity for their personal actions and in their official capacity as a representative of Milwaukee County, as this pertains to the two deputies.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, and award the following relief:

Compensatory Damages
An award of compensatory damages against Milwaukee County for the unconstitutional seizure and use of force described herein, including damages for physical pain, emotional distress, humiliation, loss of dignity, emotional trauma, and other non-economic and economic damages resulting from Defendants' conduct.

Punitive Damages
An award of punitive damages against the individual deputy defendants, including Deputy Amaya (Badge No. 913) and Deputy M. Cuna- Ruia (Badge No. 149), in their individual capacities, to punish and deter willful, reckless, and callous disregard for Plaintiff's constitutional rights.

Declaratory Relief
A declaration that Defendants' actions violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution.

Injunctive Relief (as Appropriate)
Appropriate injunctive relief against Milwaukee County to prevent future constitutional violations, including but not limited to training, supervision, and policy reforms related to lawful detention, use of force, and interactions with civilians in courthouse settings.

Costs and Fees
An award of costs, expenses, and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988 and other applicable law, should counsel later appear.

Pre- and Post-Judgment Interest
Pre-judgment and post-judgment interest as allowed by law.

Such Other Relief as the Court Deems Just and Proper
Any other relief the Court deems just, equitable, and proper under the circumstances.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __14__ day of __January__ 20__26__.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

414-403-3089
Plaintiff's Telephone Number

sequoyarichard@gmail.com
Plaintiff's Email Address

2525 W. Roosevelt Dr.

Milwaukee, WI 53209
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

# Additional Defendants *for complaint*

DEFENDANT #2:
Name: Deputy Amaya , Badge #913
Address: Milwaukee County Sheriff's Office, 821 W. State St., Milwaukee, WI 53233
Employer: Milwaukee County Sheriff's Office
Acting under color of law: YES
~~Harmed while at work: YES~~

DEFENDANT #3:
Name: Deputy M. Cuna-Ruia (Badge No. 149)
Address: Milwaukee County Sheriff's Office, 821 W. State St., Milwaukee, WI 53233
Employer: Milwaukee County Sheriff's Office
Acting under color of law: YES
~~Harmed while at work: YES~~

Yes, Both defendants harmed me while at work on the job as deputies while working at the Milwaukee courthouse. Job Location: 901 N. 9th St. Milwaukee, WI 53233

By: Sequoya Richard